UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. [CV 13-05482 DDP] |
| Petitioner, | CR 05-00519 DDP ✓ |
| v. | ORDER REQUIRING RETURN TO § 2255 MOTION |
| YASITH CHHUN, | |
| Respondent. | |

Based upon Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed herein and good cause appearing:

IT IS HEREBY ORDERED that the United States Attorney file a return to the motion on/or before September 2, 2013, accompanied by all records, and that respondent serve a copy of the return upon petitioner prior to the filing thereof.

NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

IT IS FURTHER ORDERED that if the petitioner desires to file a traverse to the return, he shall do so by September 23, 2013, setting forth separately: (a) his admission or denial of any new factual allegations of the return, and (b) any additional legal arguments.

1    IT IS FURTHER ORDERED that if any pleading or other paper
2 submitted to be filed and considered by the Court does <u>not</u> include
3 a certificate of service upon respondent, or counsel for
4 respondent, it will be stricken from this case and disregarded by
5 the Court.

6

7 Dated: August 13, 2013

_____
DEAN D. PREGERSON
United States District Judge